SETH P. WAXMAN (*pro hac vice*)
seth.waxman@wilmerhale.com
PATRICK J. CAROME (*pro hac vice*)
patrick.carome@wilmerhale.com
ARI HOLTZBLATT (*pro hac vice*)
ari.holtzblatt@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone:  (202) 663-6800
Facsimile:  (202) 663-6363

MARK D. FLANAGAN (CA SBN 130303)
mark.flanagan@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

*Attorneys for Defendant*
**TWITTER, INC.**

DAVID H. KRAMER (CA SBN 168452)
dkramer@wsgr.com
LAUREN GALLO WHITE (CA SBN 309075)
lwhite@wsgr.com
WILSON SONSINI
  GOODRICH & ROSATI, P.C.
650 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 493-9300
Facsimile:  (650) 565-5100

BRIAN M. WILLEN (*pro hac vice*)
bwillen@wsgr.com
WILSON SONSINI
  GOODRICH & ROSATI, P.C.
1301 Avenue of the Americas
New York, NY 10019
Telephone:  (212) 999-5800

*Attorneys for Defendant*
**GOOGLE INC.**

KRISTIN A. LINSLEY (CA SBN 154148)
klinsely@gibsondunn.com
JEANA BISNAR MAUTE (CA SBN 290573)
jbisnarmaute@gibsondunn.com
SHELI R. CHABON (CA SBN 306739)
schabon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA  94105-0921
Telephone:  (415) 393-8200
Facsimile:  (415) 393-8306

*Attorney for Defendant*
**FACEBOOK, INC.**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| DEMETRICK PENNIE,<br><br>       Plaintiff,<br>       v.<br><br>TWITTER, INC., GOOGLE INC., FACEBOOK INC.,<br><br>       Defendants. | Case No. 3:17-CV-00230-JCS<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS**<br><br>Hearing Date:  Aug. 25, 2017<br><br>Judge: Hon. Joseph C. Spero |

1  Before this Court is Defendants' Motion to Dismiss Plaintiff's Complaint pursuant to
2  Fed. R. Civ. P. 12(b)(6).  On considering the briefs filed in support and opposition thereto, and
3  all other papers on file herein, Defendants' Motion is hereby GRANTED and Plaintiff's
4  Complaint is DISMISSED in its entirety WITH PREJUDICE.
5  **IT IS SO ORDERED**.
6
7   Dated: _____
8  JOSEPH C. SPERO
   United States Magistrate Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28