UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRICK PENNIE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>TWITTER, INC., et al.,<br><br>    Defendants. | Case No. 17-cv-00230-JCS<br><br>**ORDER DENYING AS MOOT MOTION TO DISMISS**<br><br>Re: Dkt. No. 40 |

Defendants moved to dismiss Plaintiffs' original complaint in this action. *See* Mot. (dkt. 40). After Defendants filed their motion, Plaintiffs filed an amended complaint pursuant to Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure. *See* 1st Am. Compl. (dkt. 41). Because the amended complaint supersedes the original complaint challenged by Defendants' motion, the motion is DENIED AS MOOT.[1] The Court finds the matter suitable for resolution without oral argument. *See* Civ. L.R. 7-1(b).

**IT IS SO ORDERED.**

Dated: June 12, 2017

JOSEPH C. SPERO
Chief Magistrate Judge

---

[1] The parties have consented to the jurisdiction of the undersigned magistrate judge for all purposes pursuant to 28 U.S.C. § 636(c).